UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| ERIC L. WRIGHT, <br><br> Plaintiff, <br><br> v. <br><br> MICHAEL ALBERTS, *et al*., <br><br> Defendants. | CASE NO. C09-5718RBL <br><br> ORDER |

The Court, having reviewed plaintiff's complaint, the Report and Recommendation of Magistrate Judge J. Richard Creatura, objections to the report and recommendation, if any, and the remaining record, does hereby find and ORDER:

(1) The Court adopts the Report and Recommendation;

(2) Plaintiff's claims and causes of action are dismissed, without prejudice, and;

(3) The Clerk is directed to send copies of this Order to the parties.

DATED this 25th day of February, 2010.

*/s/ Ronald B. Leighton*
RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

ORDER - 1