# United States District Court

WESTERN DISTRICT OF WASHINGTON

ERIC L. WRIGHT

JUDGMENT IN A CIVIL CASE

v.

MICHAEL ALBERTS, et al

CASE NUMBER: C09-5718 RBL

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

THE COURT HAS ORDERED THAT

(1) The Court adopts the Report and Recommendation; and

(2) Plaintiff's claims and causes of action are dismissed, without prejudice.

| March 2, 2010 | BRUCE RIFKIN |
|---|---|
| Date | Clerk |

*s/Mary Trent*
Deputy Clerk